UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CASEY LEE TURK,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>BROADWATER COUNTY JAIL,<br>MONTANA STATE PRISON,<br><br>　　　　　Respondents. | Case No. CV-20-61 -H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED Pursuant to the Order (Doc. 2), this matter is DISMISSED without prejudice.

　　　Dated this 12th day of August 2020.

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　By: /s/ H.G.
　　　　　　　　　　　　　H.G., Deputy Clerk